## ST. LOUIS PERPETUAL INS. CO. vs. JOHN MAGUIRE—SAME vs. ROBT. CAMPBELL.

See St. Louis Perpetual Insurance Co. vs. Cohen, 9 Mo. Rep. p. 421.

### APPEAL from St. Louis Court of Common Pleas.

Scott, J., *delivered the opinion of the Court.*

The above cases are in all respects similar to the case of the St. Louis Perpetual Insurance Company vs. Cohen, decided at the last term of this Court, except that the garnishment was made at a time, when beyond all controversy the certificates of deposite were in the possession of the Mineral Point bank. The judgments therefore will be affirmed, Judge NAPTON concurring.